**CRIMINAL PROCEEDINGS** - Arraignment and Change of Plea

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: Edward J. Lodge  
Case No. 17-CR-00319-EJL-1  
Time: 11:15 - 11:34 a.m.  

Date: December 5, 2017  
Courtroom Deputy:   Sherri O'Larey  
Reporter:   Lisa Yant  

**UNITED STATES OF AMERICA vs** Marshall Haney

      Counsel for    United States: Christian Nafzger  
                         Defendant: S. Richard Rubin, Federal Defender  
                         Interpreter: not needed  
                         Probation: Ben Biddulph

The Court noted for the record that the Court has been advised the defendant will be entering a plea of guilty to the charges in this matter.

Court reviewed the defendant's right to an Indictment in this matter and reviewed the waiver of indictment with the defendant.  The defendant signed the waiver of indictment.

Defendant - Sworn

Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation and his attorney's advise.

Counsel for the Government stated for the record the elements and evidence of the charge.   The defendant understands the maximum penalties and elements of the charge and agree with Mr. Nafzger's statement as to the factual elements.

Defendant's Constitutional Rights explained and defendant stated he understood his rights.

Maximum punishment stated for the record and the defendant stated he understood the maximum penalties.

Each of Counsel agreed with the maximum penalties as stated by the Court.

Defendant and counsel advise the change of plea is knowledgeable and voluntary,  have discussed potential defenses and understand the rights which are being given up and enter a plea of guilty to Count 1 of the Indictment.

**Plea accepted.  Sentencing set before Judge Edward J. Lodge:**   February 22,  2018 at 10:00 a.m.

    Court ordered a presentence investigation report.  
        Original report to Counsel: January 11, 20178  
        Notification of Objections: January25, 2018  
        Final Report Due: February 8,  2018

Letters for the Court's consideration should be submitted to the Probation Officer along with any Objections.  In the exceptional case where letters are not provided to the Probation Officer before the filing of the final PSR, counsel must file the letters with the Court and such letters must be filed no later than seven (7) days prior to the date of sentencing.

Sentencing memoranda shall be filed no later than seven (7) days prior to the date of sentencing.  If the memoranda contains information that is sensitive or private, then the filing party must file the sentencing memoranda under seal. The filing party must provide the basis for filing the memoranda under seal either in the memoranda itself or in a separate motion to seal.

Counsel shall advise the courtroom deputy at least fourteen(14) days prior to the date of sentencing if a sentencing hearing is expected to last longer than one hour.

Government has no objection to the defendant being continued on release.

The Court ordered the defendant continued on release, advised the defendant to stay in contact with his attorney and advised the defendant of possible penalties if he were to violate any of the terms and conditions of his release.